1
Susan D. Silveira SBN # 169630
Silveira Law Offices
2037 W. Bullard Avenue #311(mail only)
Fresno, CA 93711-1200
Phone (408) 265-3482
Fax (408) 265-7479
silveiralaw@earthlink.net

Attorney for Debtor
Sonia Lopez

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| IN RE:<br><br>SONIA LOPEZ<br><br><br><br><br><br>Debtor. | CASE NO.: 23-10947-A-13F<br><br>CHAPTER 13<br><br>DC No.<br><br>Date: July 31, 2024<br>Time: 2pm<br>Judge: Honorable Jennifer E. Niemann<br>Place: Dept. A, Ctrm 11 5th Floor<br>United States Courthouse<br>2500 Tulare St., Fresno, California |
|---|---|

**NOTICE OF HEARING ON DEBTOR'S OBJECTION TO NOTICE OF DEFAULT AND TRUSTEE INTENT TO DISMISS**

**To: The Chapter 13 Trustee and US Trustee:**

**PLEASE TAKE NOTICE** that pursuant to 9014-1(f)(2) the Debtor's Objection to Notice of Default and Trustee Intent to Dismiss has been set for hearing on July 31, 2024 at 2 pm**,** or as soon thereafter as the matter may be heard by the Honorable Jennifer E. Niemann in Department A of the United States Bankruptcy Courtroom, located at 2500 Tulare St., 5th Floor, Courtroom11, Fresno, CA 93721.

Dated: June 13, 2024                SILVEIRA LAW OFFICES


                                                    /s/ Susan D. Silveira
                                                    Susan D. Silveira
                                                    Attorney for Debtor

1