UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| In re | ) Case No. 23-10947-A-13 |
| | ) |
| Sonia Lopez, | ) DC No. |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER REGARDING NOTICE OF RE-SCHEDULED HEARING
ON DEBTOR'S OBJECTION TO NOTICE OF DEFAULT AND
TRUSTEE INTENT TO DISMISS**

　　On June 13, 2024, Sonia Lopez ("Debtor") filed an objection to a Notice of Default and Trustee Intent to Dismiss (Doc. #111) ("NODID") and set a hearing on the objection for July 31, 2024 at 2:00 p.m. Doc. ##115-116. On July 17, 2024, Debtor filed a notice of re-scheduled hearing (Doc. #118) in violation of Local Rule of Practice ("LBR") 9014-1(j) because the court did not approve the continuance prior to the notice of re-scheduled hearing being sent. Pursuant to LBR 9014-1(j), "[a] request for a continuance must be approved by the Court. A request for a continuance may be made orally at the scheduled hearing or in advance of it if made by written application. A written application shall disclose whether all other parties in interest oppose or support the request for a continuance."

　　Because Debtor has not complied with LBR 9014-1(j),

　　IT IS ORDERED that the hearing on the objection to the NODID set for July 31, 2024 at 2:00 p.m. remains on calendar.

Dated: July 18 2024

Honorable Jennifer E. Niemann
United States Bankruptcy Judge

**Instructions to Clerk of Court**
**Service List - Not Part of Order/Judgment**

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC or, if checked ___, via the U.S. mail.

Sonia Lopez
819 N. Divisidero Street
Visalia CA 93291

Susan D. Silveira
2037 W Bullard Ave #311
Fresno CA 93711

Lilian G. Tsang
P.O. Box 3051
Modesto CA 95353-3051

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Edward T. Weber
Law Offices of Edward T. Weber
Post Office 9893
Fountain Valley CA 92728