2
Lilian G. Tsang, CA SBN 260460
Chapter 13 Standing Trustee
P.O. Box 3051
Modesto, CA 95353-3051
Telephone (209) 576-1954
Fax (209) 576-7984
E-mail: info@mod13.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>SONIA LOPEZ<br><br><br><br>Debtor | CASE NO. 23-10947<br><br>DC NO.: LGT-2<br><br>CHAPTER 13 TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. §1307<br><br>DATE: September 18, 2025<br>TIME:  9:30 am<br>PLACE: U.S. Courthouse<br>      5th Floor, Dept A, Courtroom 11<br>      2500 Tulare Street<br>      Fresno. CA 93721<br>JUDGE: Hon. Jennifer E. Niemann |

TO THE DEBTOR AND DEBTOR'S ATTORNEY:

**YOU AND EACH OF YOU are hereby notified that as of August 08, 2025, Debtor is delinquent in the amount of $3,273.00 and that Lilian G. Tsang, Chapter 13 Standing Trustee, will move to dismiss the case at the above time and place if Debtor does not pay the above stated amount in addition to the plan payment due on August 25, 2025:**

1. Pursuant to 11 USC §1307(c)(1) and (c)(6), cause exists to dismiss this case as Debtor has failed to make all payments due under the plan.

2. As of August 08, 2025, Debtor has failed to make all payments due under the plan. Payments are delinquent in the amount of $3,273.00.

3. While this motion is pending, further payments will come due. In addition to the above amount, Debtor must also continue to make the monthly plan payment of $1,641.00 for

-1-

August 25, 2025.

4. A review of Debtor's Schedules A/B and D shows that Debtor's significant assets, vehicles and real property, are over encumbered. Debtor claims exemptions in the remaining assets. Because there is no equity to be realized for the benefit of the estate, dismissal, rather than conversion to chapter 7, is in the best interests of creditors and the estate.

**WHEREFORE**, the Trustee prays that the Court enters an order dismissing this case.

DATED: 8/08/2025                    Respectfully submitted,

/s/ Lilian G. Tsang
Lilian G. Tsang,
Chapter 13 Trustee